IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN LIEBRO,<br>　　　Plaintiff, | )<br>)<br>) |
| vs. | ) Civil Action No. 05-284J<br>) |
| J. G. MRAVINTZ, et al.,<br>　　　Defendants. | )<br>)<br>) |

## ORDER

AND NOW, this 1st day of December, 2005, after the plaintiff, John Liebro, filed an action in the above-captioned case, and after a partial motion to dismiss was submitted by defendants Shafer, Ross and Wadsworth, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 25), which is adopted as the opinion of this Court,

IT IS ORDERED that the partial motion to dismiss submitted on behalf of defendants Shafer, Ross and Wadsworth (Docket No. 22) is denied.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Kim R. Gibson
　　　　　　　　　　　　　　　　　　　　United States District Judge